UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> YAHYA ALGHAFIR, TEXAS § <br> COMMUNICATION & TECHNOLOGY § <br> LLC, SHENZHEN JIEMAO § <br> TECHNOLOGY CO., LTD., and § <br> SHENZHEN STREET CAT § <br> TECHNOLOGY CO., LTD., individually § <br> and together d/b/a Super Arab IPTV, § <br> § <br> Defendants. § <br> § | Civil Action No. |

**EXHIBIT NO. 1 TO COMPLAINT**

Copyrighted works that aired on the Protected Channels and are registered with the United States Copyright Office:

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration (Pending) |
|---|---|---|---|---|
| News Bulletin, 12/6/2017 | December 6, 2017 | Al Jazeera Arabic News | PA0002107543 | January 24, 2018 |
| News Bulletin, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188010 | May 29, 2019 |
| Sports News, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188012 | May 29, 2019 |
| The Opposite Direction, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188008 | May 29, 2019 |
| Without Bounds, 2/27/2019 | February 27, 2019 | Al Jazeera Arabic News | PA0002188006 | May 29, 2019 |
| Hashtag, 12/6/2017 | December 6, 2017 | Al Jazeera Mubasher | PA0002107544 | January 24, 2018 |
| Hit Al Mawsem, Season 2, Ep. #2 | September 8, 2018 | MBC1 | PA0002154603 | November 6, 2018 |

| | | | | |
|---|---|---|---|---|
| Sada Al Mala'eb (2017), Ep. #113 | December 4, 2017 | MBC1 | PA0002107550 | January 25, 2018 |
| Sada Al Mala'eb (2017), Ep. #115 | December 4, 2017 | MBC1 | PA0002107551 | January 25, 2018 |
| Sada Al Mala'eb (2019), Ep. #430 | February 26, 2019 | MBC1 | PA0002187998 | May 29, 2019 |
| Sada Al Mala'eb (2019), Ep. #454 | March 22, 2019 | MBC1 | PA0002187986 | May 29, 2019 |
| Takhareef, Ep. #1 | September 3, 2018 | MBC1 | PA0002154573 | November 6, 2018 |
| Ma Lam Tara (3), Ep. # 2 | February 28, 2019 | MBC1 | PA0002187994 | May 29, 2019 |
| Bab Al Hara, (Drama Edit V2) (4), Ep. #18 | December 6, 2017 | MBC Drama | PA0002107541 | January 25, 2018 |
| Al Chef Hassan (2017), Ep. #317 | December 6, 2017 | MBC Masr | PA0002107548 | January 25, 2018 |
| Al Chef Hassan (2017), Ep. #319 | December 6, 2017 | MBC Masr | PA0002107549 | January 26, 2018 |
| Al Hekaya Ma' Amr Adib (2019), Ep. #36 | March 4, 2019 | MBC Masr | PA0002187989 | May 29, 2019 |
| Tasali Ahla Alam (2017), Ep. #316 | December 6, 2017 | MBC Kids / MBC3 | PA0002107546 | January 26, 2018 |
| Tasali Ahla Alam (2019), Ep. #41 | February 26, 2019 | MBC Kids / MBC3 | PA0002187988 | May 29, 2019 |
| Tasali Ahla Alam (2019), Ep. #60 | March 25, 2019 | MBC Kids / MBC3 | PA0002188002 | May 29, 2019 |
| Yahdoth fe Masr (2019), Ep. #36 | March 21, 2019 | MBC Masr | PA0002187990 | May 29, 2019 |