UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § § § § § § § § § § § § § § § § | Civil Action No. |
| Plaintiff, | |
| v. | |
| YAHYA ALGHAFIR, TEXAS COMMUNICATION & TECHNOLOGY LLC, SHENZHEN JIEMAO TECHNOLOGY CO., LTD., and SHENZHEN STREET CAT TECHNOLOGY CO., LTD., individually and together d/b/a Super Arab IPTV, | |
| Defendants. | |

## EXHIBIT NO. 2 TO COMPLAINT

Examples of copyrighted works that aired on the Protected Channels and do not have registrations pending with the United States Copyright Office:

| Title of Work[1] | Protected Channel |
|---|---|
| Last Hour | Al Arabiya |
| Panorama | Al Arabiya |
| Special Interviews | Al Arabiya |
| Sports News | Al Arabiya |
| El Hayah el Yom | Al Hayah 1 |
| Behind The News Program | Al Jazeera Arabic News |
| Today's Harvest | Al Jazeera Arabic News |
| Market Tour | Al Jazeera Mubasher |
| Ask | Al Jazeera Mubasher |
| Film Clip | ART Cima |
| Hona Al Asema, all episodes from June 20, 2018 to present | CBC |
| Rahim, all episodes from June 20, 2018 to present | CBC Drama |

---

[1] Includes all episodes of the identified series unless otherwise noted.

| Interviews | Future TV |
|---|---|
| Grimat Shaghaf | Hekayat |
| Arabwood | LBC |
| Lahon wou Bass | LBCI / LDC |
| Al Thaminah | MBC1 |
| Bel Aarda | MBC1 |
| Bel Mokhtasar | MBC1 |
| Essal Al Arab | MBC1 |
| Haflat Majed Al Mohandes | MBC1 |
| Hamsa | MBC1 |
| Ma'aly Al Mowaten | MBC1 |
| Sabah Al Khair Ya Arab | MBC1 |
| Saherat Al Janoub | MBC1 |
| Top Chef | MBC1 |
| Abu Al Banat | MBC Drama |
| Banat Al Shams | MBC Drama |
| Saherat Al Janoub | MBC Drama |
| I-Tech | MBC Kids / MBC3 |
| Sawa Fe | MBC Kids / MBC3 |
| Telescope | MBC Kids / MBC3 |
| Asa'd Allahu Masa' akom | MBC Masr |
| Saherat Al Janoub | MBC Masr |
| El Haram | Melody Classic |