# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Southern District of Texas, Houston Division

**Dish Network, L.L.C.**

    Plaintiff(s),

vs.

**Yahya Alghafir, et al**

    Defendant(s).

Attorney: Stephen M. Ferguson

Hagan Noll & Boyle LLC
Two Memorial City Plaza, 820 Gessner, Suite 940
Houston TX 77024



*254756*

**Case Number: 4:20-cv-01678**

Legal documents received by Same Day Process Service, Inc. on **05/14/2020** at **12:48 PM** to be served upon **Yahya Alghafir 2953 Sandcastle Ln. Houston TX 77057**

I, **Gary F. Hodges (PSC #10081)**, swear and affirm that on **June 10, 2020** at **5:20 PM**, I did the following:

**Substitute** Served **Yahya Alghafir** by leaving a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Order for Conference and Disclosure of Interested Parties; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Civil Docket 1-6** at **2953 Sandcastle Ln., Houston, TX 77057**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein to wit: **Jane Doe**, as **Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 45 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Middle Eastern Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:** She didn't provide her name I placed the documents at her feet and walked away. On June 11, 2020, a copy of the legal documents were mailed to the subject via first class mail. On May 15, 2020 I arrived at the provided address and spoke to the current resident Mr. Bustimonte who stated that he resided at the address for "a long time" and had not heard of the subject. I observed two vehicles parked in front of the home with Texas tags HSL0237 which is registered to Texas Closeout Trade, LLC and Texas tags JRM6379 which is registered to Ansley Renee Pierce and Patty Burns Herbold. Further, on May 26, 2020 I was provided two photographs of the subject and was able to confirm the individual who stated his name was Mr. Bustamonte was the subject which we needed to serve. I have attached the photos received as an exhibit 1. On June 19, 2020 I was able to pull up the property records of the defendants residential address via Houston Property Records, and I can confirm that the property is currently owned by Yahya Alghafir, property record attached as Exhibit 2.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Gary F. Hodges (PSC #10081)**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:254756





**The Harris County Tax Office is closed per Harris County Judge Lina Hidalgo's Stay at Home Work Safe order.**
**Click here to view the county judge's order. Please view this helpful list of FAQs for Property Tax Services, Automobile Services**
**and Voter Registration Services to help you complete your necessary transactions while the Tax Office is closed.**



# ANN HARRIS BENNETT
## Tax Assessor-Collector & Voter Registrar



Property Tax   Vehicle Registration   Permits & Special Taxes   Voter Registration   Online Services   Military

## 2019 PROPERTY TAX STATEMENT
### ACCOUNT IS PAID

| Account Number | Current As Of: | Assessed Owner |
|---|---|---|
| 124-783-001-0008 | June 18, 2020 | ALGHAFIR MHD Y & EDLYN G<br>2953 SANDCASTLE LN<br>HOUSTON TX 77057-5765 |

| Property Description | Appraised Values | | Notes/Exemptions |
|---|---|---|---|
| 2953 SANDCASTLE LN 77057<br>LT 8 BLK 1<br>SANDCASTLE HOMES ON DOLORES<br>.0403 AC | Land - Market Value:<br>Impr - Market Value:<br>Total Market Value:<br>Less Capped Mkt Value:<br>Appraised Value: | 105,300<br>217,700<br>323,000<br>0<br>323,000 | Homestead Exemption |

| Taxing Jurisdiction | Exemption | Taxable Value | Tax Rate | Taxes |
|---|---|---|---|---|
| Houston ISD | 89,600 | 233,400 | 1.136700 | $2,653.06 |
| Harris County | 64,600 | 258,400 | 0.407130 | $1,052.02 |
| Harris County Flood Control Dist | 64,600 | 258,400 | 0.027920 | $72.15 |
| Port of Houston Authority | 64,600 | 258,400 | 0.010740 | $27.75 |
| Harris County Hospital District | 64,600 | 258,400 | 0.165910 | $428.71 |
| Harris County Dept. of Education | 64,600 | 258,400 | 0.005000 | $12.92 |
| Houston Community College System | 48,450 | 274,550 | 0.100263 | $275.27 |
| City of Houston | 64,600 | 258,400 | 0.567920 | $1,467.51 |

| | | |
|---|---|---|
| Total 2019 Taxes Due by January 31, 2020: | | $5,989.39 |
| Payments applied to 2019 taxes: | | $5,989.39 |
| Total Current Taxes Due: | | $0.00 |
| Prior year(s) taxes due (if any): | - | $0.00 |
| Total Amount Due For June 2020: | | $0.00 |

| Penalties for Late Payments | Rate | Current | Delinquent | Total |
|---|---|---|---|---|
| By February 29, 2020 | 7% | $0.00 | $0.00 | $0.00 |
| By March 31, 2020 | 9% | $0.00 | $0.00 | $0.00 |
| By April 30, 2020 | 11% | $0.00 | $0.00 | $0.00 |
| By May 31, 2020 | 13% | $0.00 | $0.00 | $0.00 |
| By June 30, 2020 | 15% | $0.00 | $0.00 | $0.00 |

Totals due may contain an additional section 33.07 collection penalty of 20%

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**Search**
Account
Please enter search text

Current Statement
5 Year Account History
Print Statement
e-Bill
HCAD
Tax Receipts