UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DISH Network L.L.C.

v.  Case Number: 4:20−cv−01678

Yahya Alghafir, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/8/2020

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   September 28, 2020

David J. Bradley, Clerk