United States District Court
Southern District of Texas
**ENTERED**
October 20, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> YAHYA ALGHAFIR, TEXAS COMMUNICATION & TECHNOLOGY LLC, SHENZHEN JIEMAO TECHNOLOGY CO., LTD., and SHENZHEN STREET CAT TECHNOLOGY CO., LTD., individually and together d/b/a Super Arab IPTV, <br><br> Defendants. | § <br> § <br> § Civil Action No. 4:20-cv-01678 <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

### Order Granting Plaintiff's Motion for Alternative Service on Defendants Shenzhen Jiemao Technology Co., Ltd. and Shenzhen Street Cat Technology Co., Ltd.

Having considered Plaintiff DISH Network L.L.C.'s ("DISH") motion for alternative service on Defendants Shenzhen Jiemao Technology Co., Ltd. ("Jiemao") and Shenzhen Street Cat Technology Co., Ltd. ("Street Cat"), and good cause appearing, the Court GRANTS the motion and ORDERS that:

DISH may serve Jiemao and Street Cat by email at *superarabiptv@hotmail.com* and *szstreetcat@foxmail.com*, by no later than four days after the date of this Order.

It is so ORDERED.

SIGNED on this __19__ day of __Oct__, 2020.

DAVID HITTNER
United States District Judge