UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br> Plaintiff | Civil Action No. 4:20-cv-01678 |
| Vs. | |
| YAHYA ALGHAFIR, TEXAS COMMUNICATION & TECHNOLOGY LLC, SHENZHEN JIEMAO TECHNOLOGY CO., LTD. and SHENZHEN STREET CAT TECHNOLOGY CO., LTD., individually and together d/b/a Super Arab IPTV, <br> Defendants. | |

## Defendant SHENZHEN JIEMAO TECHNOLOGY CO., LTD.'S APPLICATION TO BE EXCUSED FROM LIVE PARTICIPATION AND APPEARANCE AT SETTINGS

Defendant SHENZHEN JIEMAO TECHNOLOGY CO., LTD received an email from Attorney Stephen Ferguson regarding a Schedule for Hearings set on December 2, 2020, before Judge Peter Bray. The Defendant respectfully requests from the court to be exempted from Participating and Appearing at the Court Settings for the following reasons:

1. Time difference between China and Texas is 14 Hours.

2. Our English language knowledge is limited. It is kind of easy for us to read and write English but it is very difficult for us to understand spoken English. Furthermore it would be very difficult for the others to understand our heavy accent when we speak English.

3. We usually consult with our Chinese Lawyer to file and reply to the court. Accordingly, in order to be able to transfer the information back and forth correctly it should be in written so we may have accurate translations.

Wherefore the Defendant pray that the Court will approve the request and to add our email superarabiptv@hotmail.com to the email contact list for the case so we may get all updates from the court.

Dated: December 01, 2020

Respectfully submitted,

Defendant,

SHENZHEN JIEMAO TECHNOLOGY CO., LTD.

Ze Wang,

superarabiptv@hotmail.com

Room 505, Dongbian Building, Minzhi Street,
Longhua New District, Shenzhen City,
Guangdong Province, China