United States District Court
Southern District of Texas
**ENTERED**
December 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT***SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH Network L.L.C., | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | Civil Action H-20-1678 |
| | § | |
| | § | |
| Yahya Alghafir, et al., | § | |
| *Defendants*, | § | |

**RULE 16 SCHEDULING ORDER**

The following schedule shall be followed.  All communications concerning the case shall be directed in writing to Ellen Alexander, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX  77208.

1. December 31, 2020      NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2A. January 29, 2021      PLAINTIFF shall designate EXPERT WITNESSES.  Designation shall be in writing to opponent.  Expert reports shall be served within 60 days of the designation.

 B. February 26, 2021      DEFENDANT shall designate EXPERT WITNESSES.  Designation shall be in writing to opponent.  Expert reports shall be served within 60 days of the designation.

3. December 31, 2020      AMENDMENTS to pleadings**, with** leave of court, shall be made by this date.

4. May 28, 2021      DISCOVERY shall be completed by this date.

5. June 30, 2021      MOTION CUT-OFF.  No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown.  See LR 7.

6. October 29, 2021      The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order.  Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. November/December 2021      TRIAL TERM.  Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court. Your position on the docket will be announced at that time.

~~Jury~~/Non-Jury ETT: 4days

**All documents filed must be 14 point font, double spaced with not less than one inch margins**.

SIGNED on December 2, 2020

PETER BRAY
United States Magistrate Judge