United States District Court
Southern District of Texas
**ENTERED**
June 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH Network LLC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-20-1678 |
| | § | |
| | § | |
| Yahya Alghafir, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Parties are advised that a hearing will be held on July 22, 2021 at 2:00 p.m., Courtroom 8A, 515 Rusk, Houston, Texas.

Counsel shall at that time be prepared to address the Plaintiff's Motion for Entry of Default against All Defendants (Inst. # 31). **Plaintiff is ordered to provide notice of this hearing by regular mail and certified mail (return receipt requested) to all the Defendants.** The Clerk shall serve a copy of this Order to all Counsel of Record.

SIGNED at Houston, Texas on this the ___25___ day of June, 2021.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE