United States District Court
Southern District of Texas
**ENTERED**
June 25, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> YAHYA ALGHAFIR, TEXAS COMMUNICATION & TECHNOLOGY LLC, SHENZHEN JIEMAO TECHNOLOGY CO., LTD., and SHENZHEN STREET CAT TECHNOLOGY CO., LTD., individually and together d/b/a Super Arab IPTV, <br><br> Defendants. | Civil Action No. 4:20-cv-01678 |

### Order Granting Plaintiff DISH Network L.L.C.'s Motion to Seal Exhibit 2 to the Declaration of Elizabeth Riemersma

Having considered DISH Network L.L.C.'s ("DISH") Motion to Seal Exhibit 2 to the Declaration of Elizabeth Riemersma, and finding good cause,

IT IS HEREBY ORDERED:

DISH's Motion to Seal Exhibit 2 to the Declaration of Elizabeth Riemersma is GRANTED, and Exhibit 2 shall be sealed.

It is so Ordered.

Signed on this 25 day of June, 2021.

David Hittner
United States District Judge