IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § | |
| Plaintiff, | § § | Case No. 4:20-cv-1678 |
| v. | § § § | |
| YAHYA ALGHAFIR, TEXAS COMMUNICATION & TECHNOLOGY LLC, SHENZHEN JIEMAO TECHNOLOGY CO., LTD., and SHENZHEN STREET CAT TECHNOLOGY CO., LTD., individually and together d/b/a Super Arab IPTV, | § § § § § § § § | |
| Defendants. | § | |

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE DAVID HITNER, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, Samer Al-Azem and The Azem Firm (collectively "Counsel"), attorneys for Shenzhen Jiemao Technology Co. Ltd. ("Jiemao") in the instant matter, and present this Unopposed Motion to Withdraw as Counsel of Record, and would show unto the Court the following:

Counsel field an appearance in this matter on October 5, 2021. However, since filing said appearance, Counsel has had serious difficulties communicating with Jiemao, which render any continued representation of Jiemao by Counsel to be extremely challenging, at best. In fact, due to such difficulties, fundamental disagreements between Jiemao and Counsel exist as to the prosecution of this matter. Counsel stands ready to proffer all communication attempts with

Jiemao and the problems relating to that representation on an *in camera* basis if it were to please the Court.

Although Jiemao has not yet selected a substitute attorney, Counsel has Jiemao's assurance that it will be doing so in just a few days.

There is only one deadline currently pending in the case, which is the filing of a joint pretrial order by February 1, 2022. The case is not set for trial until the May/June 2022 trial term.

For these reasons, Samer Al-Azem and The Azem Firm respectfully request that the Court grant them permission to withdraw as counsel of record for Shenzhen Jiemao Technology Co., Ltd.

Respectfully submitted, this 31st day of January, 2022

The Azem Firm

/s/ Samer Al-Azem

Samer Al-Azem
Texas State Bar No. 00793240
Southern District of Texas Bar No. 19825
2808 Virginia Street,
Houston, Texas 77098
(713) 305-6162 (telephone)
(281) 962-6576 (facsimile)
E-mail: s.alazem@azemlaw.com

ATTORNEY FOR DEFENDANT
SHENZHEN JIEMAO TECHNOLOGY CO. LTD.

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that he has conferred with the attorney-in-charge for DISH Network, LLC in this matter and that said attorney has indicated that he does not oppose this motion. However, the attorney-in-charge for DISH Network, LLC had requested an indication that Jiemao (1) does not intend to participate in the pretrial order or conference, (2) does not intend to hire replacement counsel, and (3) does not intend to participate in a trial. Since the deadline for the filing of the joint pretrial order is the day following the filing of this motion (February 1, 2022), unless the Court allows Counsel to not participate in the pretrial order, which is very much Counsel's preference, Counsel will endeavor to cooperate with counsel for DISH Network, LLC to jointly file such order. However, Counsel cannot represent that Jiemao does not intend to participate in a trial since Jiemao is currently actively seeking an attorney who can substitute in for Counsel.

## CERTIFICATE OF SERVICE

I certify that, contemporaneously with filing, a copy of the foregoing Motion to Withdraw as Counsel of Record was served by Notification of Electronic Filing by the Court's CM/ECF system and a courtesy copy of same has been forward to opposing counsel of record.

/s/ Samer Al-Azem

Samer Al-Azem
Texas State Bar No. 00793240
Southern District of Texas Bar No. 19825
2808 Virginia Street,
Houston, Texas 77098
(713) 305-6162 (telephone)
(281) 962-6576 (facsimile)
E-mail: s.alazem@azemlaw.com

ATTORNEY FOR DEFENDANT SHENZHEN JIEMAO TECHNOLOGY CO. LTD.