United States District Court
Southern District of Texas
**ENTERED**
February 01, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-20-1678 |
| YAHYA ALGHAFIR, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Samer Al-Azem and The Azem Firm's Motion to Withdraw as Counsel of Record for Shenzhen Jiemao Technology Co., Ltd's (Doc. # 45). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion to Withdraw as Counsel of Record for Shenzhen Jiemao Technology Co., Ltd's (Doc. # 45) is DENIED.

Signed on February 1, 2022, at Houston, Texas.

David Hittner
United States District Judge