United States District Court
Southern District of Texas
**ENTERED**
April 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dish Network, | § § § | |
| v. | § § | C.A. H-20-1678 |
| Yahya Alghafir, et al, | § § | |

## RECUSAL ORDER

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Any court settings are vacated.

SIGNED at Houston, Texas, on this 21st day of April, 2022.

_David Hittner_
DAVID HITTNER
United States District Judge