**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DISH Network L.L.C. | § | |
| | § | |
| *versus* | § | Civil Action 4:20−cv−01678 |
| | § | |
| Yahya Alghafir, et al. | § | |

## Notice of Reassignment

This case is reassigned to Judge George C Hanks Jr.

Entered:  April 25, 2022                                Nathan Ochsner, Clerk