## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

DISH Network L.L.C.

v.                                              Case Number: 4:20−cv−01678

Yahya Alghafir, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**      by video
               United States District Court
               515 Rusk Avenue
               Houston, Texas 77002

**DATE:** 8/12/2022

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Docket Call

Date:    May 3, 2022

                                              Nathan Ochsner, Clerk