**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | |
| Plaintiff, | § § | Case No. 4:20-cv-1678 |
| v. | § § § | |
| YAHYA ALGHAFIR, TEXAS COMMUNICATION & TECHNOLOGY LLC, SHENZHEN JIEMAO TECHNOLOGY CO., LTD., and SHENZHEN STREET CAT TECHNOLOGY CO., LTD., individually and together d/b/a Super Arab IPTV, | § § § § § § § § § | |
| Defendants. | § § | |

**ORDER**

On this date came to be considered Samer Al-Azem and The Azem Firm's Renewed Motion to Withdraw as Counsel of Record (the "Motion") for Shenzhen Jiemao Technology Co., Ltd. and the Court having considered the Motion and arguments of counsel, if any, is of the opinion that the Motion has merit and should be GRANTED. Therefore, it is

ORDERED that Samer Al-Azem and The Azem Firm are withdrawn as counsel of record for Shezhen Jiemao Technology, Co., Ltd. in Case No. 4:20-cv-1678.

SIGNED on this ____ day of _____, 2022

_____
GEORGE HANKS, JR
United States District Judge