**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DISH NETWORK L.L.C. | § § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:20−cv−01678 |
| | § | |
| YAHYA ALGHAFIR, et al. | § § | |
| Defendant. | § | |

**NOTICE OF SETTING**

   A Motion Hearing has been set in this matter for 02:30 PM on 6/17/2022. The hearing will be conducted using the ZoomGov.com videoconferencing program.

   Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1603321712?pwd=eEJ0aitDTExWT2g3cDhQeGVselVTdz09*
Meeting phone number: 1−669−254−5252
Meeting ID: 160 332 1712
Meeting Password: 412286

   Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 6/14/2022

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.