Case 4:20-cv-01678   Document 54   Filed on 06/23/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> YAHYA ALGHAFIR, TEXAS § <br> COMMUNICATION & TECHNOLOGY § <br> LLC, SHENZHEN JIEMAO § <br> TECHNOLOGY CO., LTD., and § <br> SHENZHEN STREET CAT § <br> TECHNOLOGY CO., LTD., individually § <br> and together d/b/a Super Arab IPTV, § <br> § <br> Defendants. § | Case No. 4:20-cv-1678 |

ORDER

On this date came to be considered Samer Al-Azem and The Azem Firm's Renewed Motion to Withdraw as Counsel of Record (the "Motion") for Shenzhen Jiemao Technology Co., Ltd. and the Court having considered the Motion and arguments of counsel, if any, is of the opinion that the Motion has merit and should be GRANTED. Therefore, it is

ORDERED that Samer Al-Azem and The Azem Firm are withdrawn as counsel of record for Shezhen Jiemao Technology, Co., Ltd. in Case No. 4:20-cv-1678.

SIGNED on this 23rd day of     June    , 2022

_____
GEORGE HANKS, JR
United States District Judge