# HEARING MINUTES

Cause No:       4:20-CV-1678

Style:          DISH Network L.L.C. v. Alghafir et al

Hearing Type:   Docket call

**Appearances:**

| Counsel | Representing |
|---|---|
| Stephen Matthew Ferguson | DISH Network |

Date: August 12, 2022                Court reporter: ERO
Time: 3:34 p.m.—3:39 p.m.            Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held docket call. Only Plaintiff DISH Network L.L.C. attended. The Court did not set a trial date. The Court will review and rule on DISH Network's pending motions for default judgment against the defendants.