**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

DISH NETWORK L.L.C.,

§

Civil Action No. 4:20-cv-01678

    Plaintiff,

§
§
§
§

v.

§
§

YAHYA ALGHAFIR, TEXAS
COMMUNICATION &
TECHNOLOGY LLC, SHENZHEN
JIEMAO TECHNOLOGY CO.,
LTD., and SHENZHEN STREET
CAT TECHNOLOGY CO., LTD.,
individually and together d/b/a Super
Arab IPTV,

§
§
§
§
§
§
§
§

    Defendants.

§
§

## Plaintiff's Proof of Service of Court Order

The undersigned certifies that on November 7, 2022, the Court's Order dated November 3, 2022 (Dkt. 58) was served on the Defendants via United States Postal Service (Certified Mail, Return Receipt Requested or International Registered Mail) at the following addresses:

Yahya Alghafir
Texas Communication & Technology LLC
2953 Sandcastle Lane
Houston, TX 77057

Texas Communication & Technology LLC
c/o Yahya Alghafir
5868 Westheimer Road, Suite 328
Houston, TX 77057

Shenzhen Jiemao Technology Co., Ltd.
Attn: Ze Wang
Room 505, Dongbian Building, Minzhi Street
Longhua New District, Shenzhen City

Guangdong Province, China

Shenzhen Street Cat Technology Co., Ltd.
1st Floor, Building 38, Xinmu Xinyuan
Industrial Park, Pinghu Subdistrict,
Longgang District, Shenzhen City , China

A true and correct copy of the certified mail receipts and registered mail receipts are attached as **Exhibit 1**.

On November 7, 2022, the Order (Dkt. 58) was also served on the following Defendants by email:

Shenzhen Jiemao Technology Co., Ltd.
*superarabiptv@hotmail.com*

Shenzhen Street Cat Technology Co., Ltd.
*szstreetcat@foxmail.com*

A true and correct copy of the emails sent to Defendants are attached as **Exhibit 2**.

Dated: November 7, 2022        Respectfully submitted,

**HAGAN NOLL & BOYLE LLC**

By: /s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)
Texas Bar No. 24035248
Southern District of Texas Bar No. 614706
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

David M. Korn (of counsel)
Texas Bar No. 24103845
Southern District of Texas Bar No. 3299587

**Counsel for Plaintiff DISH Network L.L.C.**

# EXHIBIT 1





7021 2720 0001 0767 6859

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $
Postage
$
Total Postage and Fees
$
Sent To        Texas Communication & Technology LLC
Street and Apt.  c/o Yahya Alghafir
              5868 Westheimer Road, Suite 328
City, State, ZIP+  Houston, TX 77057

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

MEMORIAL PARK BR HOUSTON TX
Postmark Here
NOV - 7 2022
77024



**Registered No.** RF159674742US

**Date Stamp**
0042
09

Postage $ **$1.40**

Extra Services & Fees (continued))
☐ Signature Confirmation $___

Extra Services & Fees
☐ Registered Mail $ **$18.25**
☐ Return Receipt (hardcopy) $ **$4.75**
☐ Return Receipt (electronic) $ **$0.00**
☐ Restricted Delivery $___

☐ Signature Confirmation Restricted Delivery $___

**Total Postage & Fees**
$ **$24.40**

Customer Must Declare Full Value **$0.00**
$ 0.00

Received By **11/07/2022**

Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**To Be Completed By Post Office**

OFFICIAL USE
HOUSTON, TX 77024

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

**FROM**
Hagan Noll & Boyle, LLC
Two Memorial Plaza
820 Gessner, Suite 940
Houston, TX 77024

**TO**
Shenzhen Jiemao Technology Co., Ltd.
Attn: Ze Wang
Room 505, Dongbian Building, Minzhi Street
Longhua New District, Shenzhen City
Guangdong Province, China

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com

Copy 1 - Customer
(See Information on Reverse)



**Registered No.** RE189423337US

**Date Stamp**

Postage $ $1.40

Extra Services & Fees *(continued)*

Extra Services & Fees
☐ Registered Mail $ $18.25
☐ Return Receipt *(hardcopy)* $ $4.75
☐ Return Receipt *(electronic)* $ $0.00
☐ Restricted Delivery $ $0.00

☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $24.40

Customer Must Declare Full Value $0.00
$ 0.00

Received by
11/07/2022

MEMORIAL PARK BR HOUSTON TX
NOV - 7 2022
77024 U

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

HOUSTON, TX 77024

**FROM**
Hagan Noll & Boyle, LLC
Two Memorial Plaza
820 Gessner, Suite 940
Houston, TX 77024

**TO**
Shenzhen Street Cat Technology Co., Ltd.
1st Floor, Suilding 38, Xinmu Xinyuan
Industrial Park, Pinghu Subdistrict
Longgang District, Shenzhen City
China

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806**, **Registered Mail Receipt** Copy 1 - Customer
April 2015, PSN 7530-02-000-9051 *(See Information on Reverse)*
For domestic delivery information, visit our website at www.usps.com ®



**UNITED STATES POSTAL SERVICE.**

MEMORIAL PARK
10505 TOWN AND COUNTRY WAY
HOUSTON, TX 77024-9998
(800)275-8777

11/07/2022                                11:34 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail Intl™ Letter | 1 | | $1.40 |

China
Weight: 0 lb 1.00 oz
Registered                                  $18.25
    Amount: $0.00
    Tracking #:
        RF159674742US
Return Receipt                             $4.75
Affixed Postage                          -$24.40
    Affixed Amount: $24.40
Total                                        $0.00

First-Class Mail    1                        $1.40
Intl™ Letter
China
Weight: 0 lb 1.00 oz
Registered                                  $18.25
    Amount: $0.00
    Tracking #:
        RE189423337US
Return Receipt                             $4.75
Affixed Postage                          -$24.40
    Affixed Amount: $24.40
Total                                        $0.00

Grand Total:                               $0.00

For updated information about
International Service Disruptions, visit:
www.usps.com/intl/alerts

Refer to your Registered Mail® tracking
number for delivery information.

In a hurry? To send correspondence and
nondutiable documents, (goods are not
mailable in First-Class Mail
International Letters or Documents),
self-service kiosks offer quick and easy
check-out. Any Retail Associate
can show you how.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of mailing.
For information on filing a claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



# EXHIBIT 2

| **From:** | Aleksandra Bajd |
| **Sent:** | Monday, November 7, 2022 2:10 PM |
| **To:** | 'superarabiptv@hotmail.com' |
| **Cc:** | Stephen Ferguson |
| **Subject:** | DISH Network L.L.C. v. Alghafir et al; Case No. 4:20-cv-01678 (S.D.Tx) - Court Order Dkt. 58 |
| **Attachments:** | Dkt. 58 - Court Order Granting in Part Default Judgment.pdf |

Dear Shenzhen Jiemao Technology Co., Ltd.,

Please, see attached court issued order (Dkt. 58) in the above referenced case.

Thank you,

**Aleksandra Bajd**
Paralegal



Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: 713.848-3903
F: 713.758.0146
Aleksandra.Bajd@hnbllc.com
www.hnbllc.com

The information contained in this email may be confidential and/or legally privileged.  It has been sent for the sole use of the intended recipient(s).  If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents or attachments, is strictly prohibited.  If you have received this communication in error, please reply to the sender and destroy all copies of the message and its attachments.  To contact us directly, please email info@hnbllc.com.  Thank you.

| | |
|---|---|
| **From:** | Aleksandra Bajd |
| **Sent:** | Monday, November 7, 2022 2:11 PM |
| **To:** | 'szstreetcat@foxmail.com' |
| **Cc:** | Stephen Ferguson |
| **Subject:** | DISH Network L.L.C. v. Alghafir et al; Case No. 4:20-cv-01678 (S.D.Tx) - Court Order Dkt. 58 |
| **Attachments:** | Dkt. 58 - Court Order Granting in Part Default Judgment.pdf |

Dear Shenzhen Street Cat Technology Co., Ltd.,

Please, see attached court issued order, Dkt. [58] in the above referenced case.

Thank you,

**Aleksandra Bajd**
Paralegal



Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
T: 713.848-3903
F: 713.758.0146
Aleksandra.Bajd@hnbllc.com
www.hnbllc.com

The information contained in this email may be confidential and/or legally privileged.  It has been sent for the sole use of the intended recipient(s).  If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents or attachments, is strictly prohibited.  If you have received this communication in error, please reply to the sender and destroy all copies of the message and its attachments.  To contact us directly, please email info@hnbllc.com.  Thank you.