UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DISH Network L.L.C. § § § § § § § § § § § | ACTION NUMBER: 4:20-cv-01678 |
| versus | |
| Yahya Alghafir, et al. | |

United States Courts
Southern District of Texas
**FILED**
APR 28 2023
Nathan Ochsner, Clerk of Court

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | February 23, 2023 |
|---|---|
| Judgment in Favor of: | DISH Network L.L.C. |
| Judgment Against: | Yahya Alghafir, Texas Communication & Technology LLC Shenzhen Street Cat Co., Ltd., Shenzhen Jiemao Technology Co., Ltd. |
| Amount of Judgment: | $2,100,000 |
| Amount of Costs: | $0 |
| Rate of Interest: | %4.97 |
| Amount of Credits Since Judgment: | $ 0 |
| Amount Due: | |

    The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: APR 28 2023

CLERK OF COURT
By: _____
Deputy Clerk

O:Houforms/Forms-Web